IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JONATHAN FREEMAN, JONATHAN F. FREEMAN,
TAJA L. GOFF, EURSULA GOFF, LAKESHIA WARE,
BARBARA SALVA, T'ANNA REESE, ROBIN SMITH,
AMANDA H. BRUMFIELD, JESSE SALVA,
AND CHRISTIANA C. BOUNDS     PLAINTIFFS

v.     CIVIL ACTION NO. 1:16-CV-00236-HSO-JCG

BRANDI'S HOPE COMMUNITY SERVICES, LLC     DEFENDANT

**FINAL JUDGMENT AND ORDER OF DISMISSAL**

This cause comes before the Court on the parties' announcement that they have agreed to a resolution of all matters in this case which involved claims under the Fair Labor Standards Act (FLSA"). The Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the resolution and that they now seek court approval of the FLSA Settlement and an Order of Dismissal with Prejudice, hereby acknowledges and finds the following:

1. The parties have exchanged a Confidential Settlement Agreement and Release, and have provided the same to the Court for its review. The parties have jointly requested that this Court approve the settlement and enter Final Judgment.

2. After reviewing the parties' proposed Confidential Settlement Agreement and Release and based upon a review of this matter and the representations made by the parties in its joint motion and supporting memorandum, the Court finds that there existed a bona fide dispute as to the legal, claims, defenses, and facts in this cause, including but not limited to issues of liability, actual times worked by the Plaintiffs and the amount of compensation due, if any. The

1

settlement terms proposed by the parties are fair and reasonable to all involved.

3. This was an arms-length transaction resulting in settlement, and there is no evidence of either fraud or collusion.

**IT IS HEREBY ORDERED** that the joint motion to approve the proposed settlement agreement is **APPROVED**. The parties are ordered to finalize the agreement through the exchange of consideration. Based upon this resolution by the parties, all claims that the Plaintiffs have or may have arising out of this lawsuit – including but not limited to any claims under the FLSA for wages, overtime, liquidated damages, attorneys' fees, costs, expenses, or other relief, award, or damages – are hereby resolved and **DISMISSED WITH PREJUDICE**.

The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 16th day of July, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Louise Harrell*
Louise Harrell, MSB # 8466
P.O. Box 2977
Jackson, MS  39207
Phone: (601) 353-0065
Fax: (601) 608-7999
harrelllouise@aol.com

*Attorney for the Plaintiffs*

and


*/s/ W. Mackin Johnson*
W. Mackin Johnson, MSB# 104285
BUTLER SNOW, LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Phone: 601-985-4407
Fax:     601-985-4500
Email: mackin.johnson@butlersnow.com

*Attorney for Defendant*


43172923.v1